# UNITED STATES DISTRICT COURT
## Western District of North Carolina

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
| | ) | (For **Revocation** of Probation or Supervised Release) |
| **V.** | ) | (For Offenses Committed On or After November 1, 1987) |
| | ) | |
| **MARC SALVATTO** | ) | Case Number:  1:14-cr-00015-MR-WCM-1 |
| | ) | USM Number:  29426-058 |
| | ) | |
| | ) | Ben C. Scales Jr. |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

☒　Admitted guilt to violation of conditions 1, 2 & 3 of the term of supervision.

☐　Was found in violation of condition(s) count(s) after denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following violations:

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | DRUG/ALCOHOL USE | 9/26/2018 |
| 2 | FAILURE TO PROVIDE TRUTHFUL ANSWERS | 9/26/2018 |
| 3 | FAILURE TO FOLLOW THE INSTRUCTIONS OF THE PROBATION OFFICER | 9/29/2018 |

The Defendant is sentenced as provided in pages 2 through 2 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984, United States v. Booker, 125 S.Ct. 738 (2005), and 18 U.S.C. § 3553(a).

☐　The Defendant has not violated condition(s) and is discharged as such to such violation(s) condition.

☒　Violation 4 is dismissed on the motion of the United States.

**IT IS ORDERED** that the Defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay monetary penalties, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:  12/13/2018

Signed: December 19, 2018

Martin Reidinger
United States District Judge

Defendant: Marc Salvatto

Case Number: 1:14-cr-00015-MR-WCM-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of <u>**TEN (10) MONTHS**</u>. <u>The term of imprisonment imposed by this judgment shall be served consecutively to any undischarged term of imprisonment heretofore or hereafter imposed by any court, particularly including but not limited to any sentence imposed with regard to the new law violation set forth in Violation 4 of the Petition in this case.</u>

☒  The Court makes the following recommendations to the Bureau of Prisons:

1.  Participation in any available mental health treatment programs.
2.  Participation in any available substance abuse treatment program and, if eligible, receive benefits of 18:3621(e)(2).
3.  Defendant shall support all dependents from prison earnings.

☒  The Defendant is remanded to the custody of the United States Marshal.

☐  The Defendant shall surrender to the United States Marshal for this District:

  ☐  As notified by the United States Marshal.
  ☐  At _ on _.

☐  The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐  As notified by the United States Marshal.
  ☐  Before 2 p.m. on _.
  ☐  As notified by the Probation Office.

## RETURN

I have executed this Judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____ at

_____, with a certified copy of this Judgment.


_____
    United States Marshal

         By: _____
            Deputy Marshal